| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 6 |
| ASIM ABDUR RAHMAN GHAFOOR | * | September Term, 2025 |

## ORDER

Upon consideration of the petition for disciplinary or remedial action and request for immediate suspension filed by the petitioner pursuant to Rules 19-721(a)(2) and 19-738 and the respondent's response to the Court's order to show cause, it is this 23rd day of October 2025, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-738(e), the Respondent, Asim Abdur Rahman Ghafoor, is immediately suspended from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



_/s/ Matthew J. Fader_
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk